RECEIVED

JAN 2 4 2024

FLORENCE, S.C.

RECORD OF GRAND JURY BALLOT

C/R 4:24cr 00062

UNITED STATES OF AMERICA v. TRYONE LOUIS HARTS, JR., a/k/a "Game", ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)